**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez**

Civil Action No. 25-cv-02720-RMR

NESTOR ESAI MENDOZA GUTIERREZ, for himself and on behalf of themselves and others similarly situated,

    Petitioners-Plaintiffs,

v.

JUAN BALTAZAR, Warden, Denver Contract Detention Facility, Aurora, Colorado, in his official capacity,
ROBERT GUADIAN, Director of the Denver Field Office for U.S. Immigration and Customs Enforcement, in his official capacity;
KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity;
TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity;
PAMELA BONDI, Attorney General of the United States, in her official capacity;
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW;
SIRCE OWEN, Acting Director for Executive Office of Immigration Review, in her official capacity;
U.S. DEPARTMENT OF HOMELAND SECURITY;
AURORA IMMIGRATION COURT; and,
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Respondents-Defendants.

---

**ORDER GRANTING EMERGENCY MOTION TO CLARIFY OCTOBER 17, 2025, ORDER, ECF NO. 33, THAT INDIVIDUALS SUBJECT TO A FINAL ORDER OF REMOVAL ARE NOT CLASS MEMBERS SUBJECT TO THE ORDER**

---

Having reviewed the Emergency Motion to Clarify October 17, 2025, Order, ECF No. 33, That Individuals Subject to a Final Order of Removal Are Not Class Members Subject to the Order, ECF No. 34, the Court hereby GRANTS the motion.

The Order of October 17, 2025, ECF No. 33, is hereby clarified to provide that individuals who were subject to a final order of removal and detention under 8 U.S.C. § 1231 as of October 17, 2025, are not members of the proposed class and are not subject to the Court's Order of October 17, 2025, ECF No. 33. The injunction against the removal of Petitioner himself shall remain in effect should he become the subject of a final order of removal during the pendency of this litigation.

DATED: October 23, 2025

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge