IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

Civil Action No: 25-cv-02720-RMR          Date: November 20, 2025

Courtroom Deputy: Kally Myhaver          Court Reporter: Kevin Carlin

| _Parties:_ | _Counsel:_ |
|---|---|
| NESTOR ESAI MENDOZA GUITERREZ, on behalf of himself and other similarly situated, | Emma Mclean-Riggs<br>Hans Meyer<br>Michael Tan<br>Scott Medlock<br>Timothy Macdonald |
|    Plaintiff-Petitioner, | |
| v. | |
| JUAN BALTASAR, ROBERT GUADIAN, KRISTI NOEM, TODD LYONS, PAMELA BONDI, EXECUTIVE OFFICE FOR IMMGRATION REVIEW, SIRCE OWEN, U.S. DEPARTMENT OF HOMELAND SECURITY, AURORA IMMIGRATION COURT, and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT | Benjamin Gibson<br>Brad Leneis |
|    Defendants-Respondents. | |

## COURTROOM MINUTES

**MOTION HEARING**

**9:02 a.m.      Court in session.**

Court calls case. Appearance of counsel.

This matter is before the Court regarding Plaintiff's Motion for Class Certification [ECF No. 15] and Petitioner-Plaintiff's Motion for Leave to File Early Motion for Partial Summary Judgment [ECF No. 37].

Discussion and argument regarding pending motions.

**ORDERED:**  The Clerk of Court shall change the nature of suit and cause of action to a Declaratory Judgment action on the public docket sheet pursuant to Plaintiff's First Amended Class Action Complaint [ECF No. 6]

**10:21 a.m.     Court in recess.**
**10:42 a.m.     Court in session.**

As outlined on the record, it is

**ORDERED:**  Plaintiff's Motion for Class Certification [ECF NO. 15] is GRANTED IN PART. The Court will conditionally certify a class for the purposes of declaratory relief. The Court DENIES WITHOUT PREJUDICE Petitioner's request to certify a class for Petitioner's APA claim. A written order will issue.

**ORDERED:**  Parties shall file a proposed order consistent with this Court's ruling on or before noon on November 21, 2025. If there are further matters to be addressed, this court will hold telephonic hearing on **November 21, 2025 at 1:00 p.m.** Parties shall appear by dialing 571-353-2301, Access code: 037962164#.

**ORDERED:**  Parties shall submit a proposed briefing schedule regarding declaratory judgment and the final order with regard to Plaintiff's habeas petition.

**10:49 a.m.     Court in recess.**

Hearing concluded.
Total in-court time:   1:26