IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No. 25-cv-02720-RMR

NESTOR ESAI MENDOZA GUTIERREZ, for himself and on behalf of themselves and others similarly situated,

    Petitioners-Plaintiffs,

v.

JUAN BALTAZAR, Warden, Denver Contract Detention Facility, Aurora, Colorado, in his official capacity,
ROBERT HAGAN, Director of the Denver Field Office for U.S. Immigration and Customs Enforcement, in his official capacity;
KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity;
TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity;
PAMELA BONDI, Attorney General of the United States, in her official capacity;
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW;
DAREN MARGOLIN, Director for Executive Office of Immigration Review, in her official capacity;
U.S. DEPARTMENT OF HOMELAND SECURITY;
AURORA IMMIGRATION COURT; and,
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Respondents-Defendants.

**ORDER GRANTING PARTIES' JOINT MOTION FOR AN ORDER TO TREAT PETITIONER-PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT, ECF No. 49, AS DIRECTED TO THE CLAIMS ASSERTED IN PETITIONER-PLAINTIFF'S SECOND AMENDED COMPLAINT, ECF No. 89**

Having reviewed the parties' Joint Motion for an Order to Treat the Petitioner-

Plaintiff's Motion for Partial Summary Judgment, ECF No. 49, as Directed to the Claims

Asserted in Petitioner-Plaintiff's Second Amended Complaint, ECF No. 89, the Court hereby GRANTS the motion.

The Court shall deem Petitioner-Plaintiff's Motion for Partial Summary Judgment, ECF No. 49, and the Response (ECF No. 58) and Reply (ECF No. 69), as directed to the declaratory judgment claim raised in the Second Amended Complaint, ECF No. 89. The Parties do not need to submit any additional or updated briefing regarding the Motion for Partial Summary Judgment.

DATED: February 10th, 2026

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge