**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez**

Civil Action No. 25-cv-02720-RMR

NESTOR ESAI MENDOZA GUTIERREZ, for himself and on behalf of themselves and others similarly situated,

      Petitioners-Plaintiffs,

v.

JUAN BALTAZAR, Warden, Denver Contract Detention Facility, Aurora, Colorado, in his official capacity,
ROBERT HAGAN, Director of the Denver Field Office for U.S. Immigration and Customs Enforcement, in his official capacity;
MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security, in her official capacity;
TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity;
PAMELA BONDI, Attorney General of the United States, in her official capacity;
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW;
DAREN MARGOLIN, Director for Executive Office of Immigration Review, in her official capacity;
U.S. DEPARTMENT OF HOMELAND SECURITY;
AURORA IMMIGRATION COURT; and,
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

      Respondents-Defendants.

---

**ORDER GRANTING UNOPPOSED EMERGENCY MOTION TO AMEND ECF No. 100 TO ALLOW TRANSFER OF CLASS MEMBER FOR MEDICAL TREATMENT**

---

Having reviewed the Unopposed Emergency Motion to Amend ECF No. 100, ECF No. 103, the Court hereby GRANTS the motion and AMENDS ECF No. 100 as described below.

Defendants-Respondents are permitted to transfer Mr. Luis Garcia-Rodriguez to a judicial district (or districts) where he can receive an appropriate level of medical care, here the El Paso Behavioral Health System.

Respondents will transfer Mr. Garcia-Rodriguez to the El Paso Behavioral Health System within five days of this order. If he is not moved within five days of this order, the parties shall confer regarding Mr. Garcia-Rodriguez's status.

Attorneys for the Department of Homeland Security will promptly advise the immigration judge in Mr. Garcia-Rodriguez's removal proceedings that he has been transferred to a facility to address the higher level of care his mental health needs require.

If Defendants-Respondents determine, or are informed by Mr. Garcia-Rodriguez's treating providers, that Mr. Garcia-Rodriguez no longer requires a level of care beyond the level of care that can be accommodated at the Denver Contract Detention Facility, Defendants-Respondents shall return Mr. Garcia-Rodriguez to the Denver Contract Detention Facility within ten days.

Absent demonstration that Mr. Garcia-Rodriguez is not a class member, Mr. Garcia-Rodriguez shall remain a class member, and shall be entitled to any relief this Court may ultimately enter for the Class.

Within five business days of his transfer, Defendants-Respondents will provide class counsel and Mr. Garcia-Rodriguez's counsel for immigration proceedings (Ms. Lara Nochomovitz and Mr. Luke Antonczak) with a copy of any applicable facility policies that are within Defendants-Respondents custody and control and that concern communication with Mr. Garcia-Rodriguez while he is at the El Paso Behavioral Health System (or any

subsequent medical facility he is transferred to). Further, within seven business days of Mr. Garcia-Rodriguez's transfer, if necessary, the parties shall meet and confer if Defendants-Respondents have not provided a copy of any applicable facility policies.

Within two business days of his arrival at the El Paso Behavioral Health System, Defendants shall communicate to El Paso Behavioral Health System that Mr. Garcia-Rodriguez is a member of the class in this case, and that he is entitled to communicate with the ACLU of Colorado and the Meyer Law Office in their capacity as class counsel pursuant to the facility's communication policies as well as Ms. Nochomovitz and Mr. Antonczak.

In the event that class counsel or Ms. Lara Nochomovitz and Mr. Luke Antonczak attempts to communicate with Mr. Garcia-Rodriguez and is unable to timely due so, class counsel shall inform counsel for Defendants-Respondents, and the parties shall meet and confer within one business day to attempt to resolve the issue.

DATED: April 14, 2026

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge